**FILED**
3/9/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JUN 28 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Devon Swan LEON
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:19-cv-04352
John Robert Blakey
Magistrate Judge Jeffrey Cummings
PC 9

vs.

Thomas J. Dart
Officer philpls
_____
Cook County
Department of
Corrections

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

___     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: _____

    B. List all aliases: _____

    C. Prisoner identification number: _____

    D. Place of present confinement: _____

    E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: _____

        Title: _____

        Place of Employment: _____

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

I. **Plaintiff(s):**

A. Name: Devon Leon Swan

B. List all aliases: Joseph Jones

C. Prisoner identification number: M04747 / 20170218036

D. Place of present confinement: Cook County

E. Address: P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Thomas J. Dart
   Title: Sheriff
   Place of Employment: Cook County

B. Defendant: Officer Philpls
   Title: Cook County Sheriff officer
   Place of Employment: Cook County

C. Defendant: Cook County Department of Corrections
   Title: Cook County
   Place of Employment: Cook County

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Devon LEon Swan V. Thomas J. Dart off. perry, off. Toney, off. marlize, off. Lopez, Case No. 18-CV-08083

B. Approximate date of filing lawsuit: November 30, 2018

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Devon Leon Swan (Aliases Joseph Jones)

D. List all defendants: Thomas J. Dart, off. Philpls and Cook County Department of Corrections

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Chicago Ill United States

F. Name of judge to whom case was assigned: Judge John Robert Blakey Magistrate Judge Michael T. Mason

G. Basic claim made: Cruel and unsual treatment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: Still pending

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Devon LEON Swan V. chicago police, Case NO. 18C4630

B. Approximate date of filing lawsuit: octcober 12, 2018

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Devon Leon Swan (Aliases: Joseph Jones

D. List all defendants: All officer's by the name and badge Soto #19351, Collins #16773, Nunez #13672, Mukite #15038, Sgt. Garza #1105, piJanuski #17630, Butkovic #15456, Wojtaczka #18257

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Chicago ILL united state

F. Name of judge to whom case was assigned: Judge John J. Tharp, Jr.

G. Basic claim made: fourth Amendment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed and no it was not Appealed

I. Approximate date of disposition: 11/02/2018

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff Devon Leon Swan, who is in protective custody and has been there his whole time while being detained in the cook county department of corrections. plaintiff, state that on April 2, 2019 he was due to appear in courtroom 704 before Judge Claps, to be appointed representation of counsel though Attorney Dena M. Singer of Bedi and Singer law firm. plaintiff farther states, that he failed to appear in court on April 2 2019 do to being assaulted, in the receiving bullpen while he was waitting to go up to court. plaintiff farthemore states that while he was being assaulted, he was yelling for officer philple to come and help him, but officer philpls was making joke about me yelling for help and never came to help me.(view the camera) So plaintiff had to wait until it was time to go up to court and tell the Lt. and Sgt. that he could not make it to court cause he needed medical attention. Upon receiving medical

4

attention plaintiff found out that he had received a broken arm after getting assaulted by the other detainee. Plaintiff farther states that the Cook County Department of corrections failed to protect him even while in protective custody, and Thomas J. Dart is liable for all of the unjustified actions of his under Sheriff's, because he is the head supervising Sheriff of cook county and should know what is going on in the county. plaintiff is asking you the court to help him seek Justice for all of the injuries and wrongs which he receives to his person. (view the camera) thank you for your time.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Do to my physical and Emotional pain and Suffering, I am asking you the court to make the cook county Department of corrections to compenstate me for it In the money amount of 2,000,000 $. And 500,000 $ for punitive damages.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __6__ day of __19__, 20__19__

Devon Swan
(Signature of plaintiff or plaintiffs)

Devon Swan
(Print name)

20170218036
(I.D. Number)

p.o. Box 089002 Chicago ILL 60608
(Address)

6

Revised 9/2007

P.O. Box 089002
Chicago, IL 60608

Prisoner Correspondence
**OFFICE OF**
Clerk of The U.S. District Court
Prisoner Correspondence
United States Court House
219 South Dearborn Street
Chicago, Illinois 60604

2019 JUN 28 AM 8:18

06/28/2019-7

1:19-cv-04352
John Robert Blakey
Magistrate Judge Jeff
PC 9


